IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

-vs-                                                            Case No. 3:08cr79/MCR

ARNOLD R. MANANSALA
_____

### ORDER REVOKING PRETRIAL RELEASE

A final hearing on an Amended Petition for Action on Conditions of Pretrial Release dated July 13, 2009 was held on February 2, 2010. Defendant was present with counsel. The evidence presented was essentially the same evidence presented at the detention hearing held on January 21, 2010. I find that the defendant violated the terms of his pretrial release conditions by failing to attend scheduled hearings and by absconding. Accordingly, the pretrial release order dated September 23, 2008 is hereby REVOKED.

The defendant is committed to the custody of the United States Marshal as set out in the court's order of January 22, 2010.

**DONE AND ORDERED** at Pensacola, Florida this 3rd day of February, 2010.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE