IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                         Case No. 3:08cr79/MCR

**ARNOLD RAY MANANSALA,**
        Defendant.
_____

REPORT AND RECOMMENDATION

A <u>Faretta</u> hearing was held on February 24, 2010 before the undersigned. Defendant, Arnold Ray Manansala, was present with counsel. Counsel for the government was also present. Based on the discussion on the record, I find that defendant has knowingly and voluntarily waived his right to counsel and will represent himself. I therefore respectfully recommend that defendant's Motion for Self-Representation (doc. 931) be granted and that Patrick Jackson, Esq. remain as standby counsel.

At Pensacola, Florida, this 24th day of February, 2010.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

NOTICE TO PARTIES

**Any objections to these proposed findings and recommendations must be made by 12:00 noon, February 25, 2010. Failure to object may limit the scope of appellate review of factual findings. See 28 U.S.C. § 636;** *United States v. Roberts*, **858 F.2d 698, 701 (11th Cir. 1988).**