**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

v.                                                                    Case No.  3:08cr79/MCR

ARNOLD RAY MANANSALA

_____/

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on February 24, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, as well as the realtime transcript of the February 24, 2010, hearing on defendant's Motion for Self-Representation, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     The defendant's, Arnold Ray Mansala, Motion for Self-Representation (doc. 931) is GRANTED and Pat Jackson, Esquire, shall remain as stand-by counsel.

**DONE AND ORDERED** this 26th day of February, 2010.

s/ *M. Casey Rodgers*

**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**